■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL F. SOBIERAJ, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Oneida County Court convicting defendant of the crime of rape, second degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES H. HYCHE, Appellant.— Order modified in the exercise of discretion by striking therefrom the second ordering paragraph thereof and as modified affirmed. Memorandum: We construe this to be an appeal from an order denying an application in the nature of *coram nobis*, after a hearing, and on that basis affirm the order appealed from. All concur. (Appeal from an order of Erie County Court denying petitioner's application for a resentence after hearing and in the second ordering paragraph directing that there be stricken from the clerk's minutes the words "refused to answer" on the original information.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.